IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 3:13MJ300 |
| Plaintiff | : | Magistrate Judge Michael R. Merz |
| v. | : | ORDER TO UNSEAL |
| BRYAN HUNTER | : | |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal and Affidavit filed with the Complaint in this matter on July 2, 2013 be unsealed.

IT IS SO ORDERED.

_____
MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE